| | |
|---|---|
| **AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**<br>Commonwealth of Virginia  Va. Code §§ 8.01-301, -329; 55-218.1; 57-51 | Case No. ......3:16cv809...... |

| | | |
|---|---|---|
| United States (E.D. Va., Richmond Division) | | District Court |
| Dianna Dance, Lisa Dance, | v. | NRA Group, LLC d/b/a National Recovery Agency |
| Shirley Dance | | 2491 Paxton Street |
| | | Harrisburg, PA 17111 |

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant  [ ] Motion for Judgment  [X] Summons and Complaint

I, the undersigned Affiant, state under oath that:

[X] the above-named defendant  [ ] ..............

whose last known address is: [X] same as above  [ ] ..............

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

............. is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

DATE: 10/3/16
[ ] PARTY  [X] PARTY'S ATTORNEY  [ ] PARTY'S AGENT

State of Virginia      [X] City [ ] County of Petersburg

Acknowledged, subscribed and sworn to before me this 3rd day of October, 2016

NOTARY REGISTRATION NUMBER: 253348
[ ] CLERK [ ] MAGISTRATE [X] NOTARY PUBLIC (My commission expires ...........)

*(Notary seal: Karen Anne Graham, NOTARY PUBLIC, Commonwealth of Virginia, Reg. # 253348)*

[X] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On OCT 0 5 2016, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On OCT 0 5 2016, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

*RECEIVED OCT 11 2016*

FORM DC-410 FRONT 07/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Dianna Dance, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:16CV00809 |
| NRA Group, LLC, d/b/a National Recovery Agency | ) |
| *Defendant(s)* | ) |

FILED OCT 11 2016 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NRA Group, LLC, d/b/a National Recovery Agency
c/o Office of the Secretary of the Commonwealth
Service of Process Department
Post Office Box 2452
Richmond, Virginia 23218-2452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 29, 2016

*Signature of Clerk or Deputy Clerk*