AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

DIANNA DANCE, et al.,
    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:16cv00809

NRA GROUP, LLC,
d/b/a NATIONAL RECOVERY AGENCY
    Defendant.

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court** pursuant to the Plaintiff's Notice of Acceptance of Defendant NRA Group, LLC's Rule 68 Offer of Judgment, filed on April 4, 2017.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered for Plaintiffs, Dianna Dance, Lisa Dance, and Shirley Dance, and against NRA Group, LLC, in the amount of Three Thousand Five Hundred Dollars ($3,500.00) collectively, plus costs and reasonable attorney's fees as determined by the Court and as set forth in Plaintiff's Notice of Acceptance of Defendant NRA Group, LLC's Rule 68 Offer of Judgment, filed on April 4, 2017.

April 6, 2017                                      FERNANDO GALINDO,
Date                                                               Clerk

                                                                                (By) Deputy Clerk